Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

Richard Arjun Kaul, MD, Jane Doe, and John Doe,

        Plaintiffs,

v.

James Paul Oetken, personal and official capacity,
New York State Attorney Grievance Committee,
North Dakota Medical Board, Jane Doe, and
John Doe,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case No.   1:25-cv-147

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order dated June 27, 2025, Defendant's application to proceed in forma pauperis (Doc. No. 1) is deemed MOOT and this action dismissed with prejudice.

Date: June 27, 2025

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Janelle Brunner, Deputy Clerk*